UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASUALTY CO., a foreign corporation,

    Plaintiff,

vs.                      Case No.  2:10-cv-191-FtM-29DNF

PAUL HOMES, INC., a Florida Corporation, RICHARD W. FULKS, and BONNIE J. FULKS, citizens of Florida, MICHAEL NUKHO, EDWARD NUKHO and GEORGE NUKHO, citizens of New York, and SCOTT BARRY and JUDY BARRY, citizens of New Jersey,

    Defendants.
_____

**ORDER**

    This matter comes before the Court on review of the file. On October 14, 2010, plaintiff filed an Amended Complaint for Declaratory Relief (Doc. #43) pursuant to the Magistrate Judge's October 7, 2010 Order (Doc. #40) granting leave to do so. As this is now the operative pleading, the Motion to Dismiss or Stay Action, or Alternatively, Motion for More Definite Statement (Doc. #12) will be denied as moot.

    Accordingly, it is now

    **ORDERED**:

The Motion to Dismiss or Stay Action, or Alternatively, Motion for More Definite Statement (Doc. #12) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of October, 2010.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record